IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

ROBRICO NEWBERRY,

      Petitioner,

v.

STATE OF FLORIDA,

      Respondent.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-0328

Opinion filed August 4, 2016.

Petition Alleging Ineffective Assistance of Appellate Counsel -- Original Jurisdiction.

Robrico Newberry, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, and Quentin Humphrey, Assistant Attorney General, Tallahassee, for Respondent.

PER CURIAM.

      The petition alleging ineffective assistance of appellate counsel is denied on the merits.

LEWIS, WETHERELL, and RAY, JJ., CONCUR.